James Guy ARNOLD, Petitioner—
Appellant,

v.

C. Mark HOFFE; Office of the
Attorney General, Respon-
dents—Appellees.

No. 06–6736.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2006.

Decided: Jan. 8, 2007.

James Guy Arnold, Appellant Pro Se.
Dawn Ellen Warfield, Office of the Attor-
ney General of West Virginia, Charleston,
West Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Guy Arnold seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
dismissing his 28 U.S.C. § 2254 (2000) pe-
tition without prejudice for failure to ex-
haust his state court remedies. The order
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1) (2000). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Arnold has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*